```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| SHAWN FINNAMORE | : | CIVIL ACTION |
| vs. | : | |
| CENTRAL METALS, INC. | : | NO. 02-3309 |

<u>O R D E R</u>

**AND NOW, TO WIT:** This 2nd day of December, 2002, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

BY:_____
    Harry E. Grace,
    Deputy Clerk

Civ 2 (8/2000)
41(b)